Approved: _____
RUSHMI BHASKARAN
Assistant United States Attorney

Before:   HONORABLE ROBERT W. LEHRBURGER
          United States Magistrate Judge
          Southern District of New York         21 MAG 2286

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :     COMPLAINT
                                    :
        - v. -                      :     Violation of 21 U.S.C.
                                    :     § 846
MELVIN NATHAN BELTRE,               :
NOE VILLA RIOS,                     :
ALFREDO RODRIGUEZ, and              :
JESUS TORRES ANGULO,                :     COUNTIES OF OFFENSE:
                                    :     MANHATTAN, BRONX
                Defendants.         :
                                    :
------------------------------------x

STATE OF NEW YORK          ) ss:
SOUTHERN DISTRICT OF NEW YORK )

    COREY HOWARD, being duly sworn, deposes and says that he is a Special Agent with the Drug Enforcement Administration ("DEA"), and charges as follows:

### COUNT ONE
### (Narcotics Conspiracy)

    1.   From at least in or about November 2020, up to and including in or about February 2021, in the Southern District of New York and elsewhere, MELVIN NATHAN BELTRE, NOE VILLA RIOS, ALFREDO RODRIGUEZ, and JESUS TORRES ANGULO, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

    2.   It was a part and an object of the conspiracy that MELVIN NATHAN BELTRE, NOE VILLA RIOS, ALFREDO RODRIGUEZ, and JESUS TORRES ANGULO, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

1

3.   The controlled substances that MELVIN NATHAN BELTRE, NOE VILLA RIOS, ALFREDO RODRIGUEZ, and JESUS TORRES ANGULO, the defendants, conspired to distribute and possess with intent to distribute were:  (i) 400 grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A); and (ii) 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## COUNT TWO
## (Firearms Offense)

4.   On or about February 27, 2021, in the Southern District of New York and elsewhere, MELVIN NATHAN BELTRE, the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics offense charged in Count One of this Complaint, knowingly did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying and possession of a firearm.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

The bases for my knowledge of the foregoing charge are, in part, as follows:

5.   I am a Special Agent with DEA and I have been personally involved in the investigation of this matter.  This affidavit is based upon my personal participation in the investigation, my examination of reports and records, and my conversations with other law enforcement agents and other individuals.  Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation.  Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

6.   Based on my participation in this investigation, my review of law enforcement records and reports, and my conversations with other law enforcement officers, I am aware of the following, in substance and in part:

a. On or about February 25, 2021, a state trooper in Missouri ("Trooper-1") conducted a stop of a vehicle ("Vehicle-1") based on Vehicle-1's high rate of speed. Trooper-1 asked the driver of Vehicle-1 ("Individual-1") to step outside Vehicle-1, and asked Individual-1 for consent to search Vehicle-1, which Individual-1 provided. Trooper-1 thereafter searched Vehicle-1 and found 12 kilograms of apparent cocaine in a hidden compartment. Individual-1 was placed under arrest and was advised of Individual-1's *Miranda* rights.

b. Following his arrest, Individual-1 began cooperating with law enforcement. Individual-1 told law enforcement, in substance and in part, that Individual-1 was a courier who trafficked cocaine for a Drug Trafficking Organization (the "DTO") in Queens, New York, and that Indiviudal-1 intended in the coming days to deliver the cocaine to members of the DTO, who lived in a townhouse, which the DTO operated as a stash house, in Queens, New York (the "Queens Stash House"). Individual-1 expected to be paid $34,000 for each kilogram of cocaine.

c. Individual-1 further stated, in substance and in part, that, since approximately November 2020, Individual-1 used Vehicle-1 to travel from Texas to the Queens Stash House to traffic cocaine on approximately four other occasions, delivering between approximately 10 to 12 kilograms of cocaine on each of those trips. Individual-1 further stated that Individual-1 travelled across the George Washington Bridge to reach the Queens Stash House. License plate recognition records confirm that Vehicle-1 crossed the George Washington Bridge in the direction of Queens in the past several months. Furthermore, Individual-1 stated, in substance and in part, that Individual-1 previously observed in the Queens Stash House kilogram quantities of narcotics, bundles of United States currency, and firearms.

d. On or about February 27, 2021, pursuant to a judicially-authorized search warrant, law enforcement executed a search of the Queens Stash House. Four individuals, later identified as MELVIN NATHAN BELTRE, NOE VILLA RIOS, ALFREDO RODRIGUEZ, and JESUS TORRES ANGULO, the defendants, were found therein. According to Individual-1, BELTRE's main role in the DTO was to distribute narcotics to clients in the New York City area; VILLA RIOS assisted the DTO in communicating with suppliers in Mexico; RODRIGUEZ provided security for VILLA RIOS; and ANGULO, who was previously involved in shipping marijuana across the United States, was recruited by VILLA RIOS to assist with the DTO's operations.

e.     Throughout the common areas of the Queens Stash House, including in an ottoman located in the living room, a dining room bench in the dining room, and in a kitchen drawer, law enforcement found several bricks of narcotics, which were subsequently weighed and field tested for fentanyl (approximately six kilograms) and cocaine (approximately four kilograms). Picture of the narcotics that were recovered from the ottoman, dining room bench, and a kitchen cabinet drawer are below:






f.     In the Queens Stash House's kitchen, law enforcement also found: (i) apparent narcotics in pill bottles stored in the kitchen cabinets; (ii) garbage bags filled with stamped, wrapping paper that appear to have been previously used to package kilograms of narcotics; and (iii) stamps to mark logos on bricks of narcotics. In a front closet, law enforcement found a press to package narcotics into bricks.  Law enforcement also found several moving boxes filled with discarded wrapping paper in a second-floor bedroom.  Pictures of the boxes filled with wrapping and the press are below:




g. In addition to the evidence of narcotics trafficking found in the common areas of the Queens Stash House, law enforcement also found such evidence, including currency bundled in a manner consistent with narcotics proceeds and multiple cellular phones, in the bedrooms that several of the defendants appeared to have used. Law enforcement searched a bedroom on the second floor of the Queens Stash House (the "Beltre Bedroom"), which contained photographs of BELTRE. Law enforcement further found in the Beltre Bedroom: (i) a bag containing ammunition; (ii) approximately twenty cellular phones; (iii) bundles of United States currency in a backpack, which are depicted in the photograph below; and (iv) keys to a vehicle ("Vehicle-2") that was parked outside the Queens Stash House



h. Individual-1 told law enforcement, in substance and in part, that Vehicle-2 contained a hidden compartment where BELTRE maintained a firearm. Law enforcement thereafter searched Vehicle-2, and found a hidden compartment that contained a Fabrique National nine millimeter handgun, which, along with the ammunition

5

that law enforcement recovered from the Beltre Bedroom, is depicted in the photograph below.



       i.   Law enforcement searched a bedroom on the third floor of the Queens Stash House (the "Villa Rios Bedroom"), where VILLA RIOS was found.  Law enforcement found in the Villa Rios Bedroom:  (i) an identification card bearing the name "Noe Villa Rios" and a photograph that appears to be VILA RIOS; (ii) four cellular phones; and (iii) bundles of United States currency, which are depicted in the photograph below.



       j.   Law enforcement searched a bedroom on the third floor of the Queens Stash House (the "Angulo Bedroom"), where ANGULO and RODRIGUEZ were found.  Therein, law enforcement found: (i) an identification card bearing the name "Jesus Torres Angulo" and a photograph that appears to be ANGULO; (ii) two cellphones that appeared to have been recently snapped in half; and (iii) bundles of United States currency, which are depicted in the photograph below.  Individual-1 further stated, based on

6

Individual-1's observations from prior trips to the Queens Stash House, that ANGULO used the Angulo Bedroom.



WHEREFORE, I respectfully request that MELVIN NATHAN BELTRE, NOE VILLA RIOS, ALFREDO RODRIGUEZ, and JESUS TORRES ANGULO, the defendants be imprisoned, or bailed, as the case may be.

S/ by the Court with permission
_____
COREY HOWARD
Special Agent
Drug Enforcement Administration


Sworn to me through the transmission of this
Complaint by reliable electronic means, pursuant to
Federal Rule of Criminal Procedure 4.1, this
1st day of March, 2021

_____
THE HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK