UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Melvin Beltre

Defendant(s).
-------------------------------------------------------------X

DOC # 2

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant __Melvin Beltre_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

**X** Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

/S/ Melvin Beltre
_____
Print Defendant's Name

*Robert M. Baum*
Defendant's Counsel's Signature

/S/ Robert M. Baum
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/1/21
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge